FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 29 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Plaintiff: Bonita Hunt
Address: 1718 Connally Drive, East Point, GA 30344
Phone: 770-317-5418
Email: md2bhunt@icloud.com

v.

Defendant: Airbnb, Inc.
888 Brannan Street, San Francisco, CA 94103

1:25-CV-2953

## COMPLAINT

COMES NOW Plaintiff Bonita Hunt and files this Complaint against Defendant Airbnb, Inc., and respectfully shows this Honorable Court as follows:

## PARTIES AND JURISDICTION

1. Plaintiff Bonita Hunt is a resident of Fulton County, Georgia.
2. Defendant Airbnb, Inc. is a foreign corporation authorized to do business in Georgia.
3. Jurisdiction and venue are proper in this Court under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and there is diversity of citizenship.

## FACTUAL BACKGROUND

4. In June 2023, Plaintiff stayed at an Airbnb rental property in Annapolis, Maryland, which was rented by her sister-in-law, Verina Hunt.
5. Plaintiff paid her portion of the rental in cash.
6. While staying at the property, Plaintiff tripped and fell due to an uneven, raised portion of pavement near the hot tub area.
7. The fall caused serious injuries to Plaintiff's knees, hands, and hip.
8. Plaintiff notified Airbnb and sought assistance, but Airbnb only offered $99 and refused to provide the host's insurance information.

## CLAIMS FOR RELIEF

9. Defendant had a duty to ensure the premises listed on their platform were reasonably safe for guests.
10. Defendant was negligent in failing to inspect, warn, or remedy the dangerous condition.
11. As a direct and proximate result of Defendant's negligence, Plaintiff suffered physical injury, emotional distress, and incurred medical expenses.

## DAMAGES

12. Plaintiff seeks damages including but not limited to:
   a. Past and future medical expenses

b. Pain and suffering
c. Emotional distress
d. Loss of enjoyment of life

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests this Court:
a. Enter judgment in favor of Plaintiff and against Defendant;
b. Award compensatory damages in an amount to be proven at trial;
c. Award costs of this action; and
d. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Bonita Hunt
Bonita Hunt, Pro Se
1718 Connally Drive
East Point, GA 30344
770-317-5418
md2bhunt@icloud.com